UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSA BECERRA, Individually and as Next Friend of JUAN DOE, a Minor, § § § § Plaintiff, § § v. § § HOUSTON INDEPENDENT SCHOOL § DISTRICT, by and through § its Board of Trustees, JOAN § RAYMOND, SYLVIA MACY, and § BARBARA TURNER, § § Defendants. § | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS ENTERED APR 04 1996 Michael N. Milby, Clerk CIVIL ACTION NO. H-94-4222 |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order signed February 13, 1996, and in the additional Order signed this day, and after having made an express determination that there is no just reason for delaying the entry of this Final Judgment, Fed. R. Civ. P. 54(b), it is

ORDERED and ADJUDGED that Plaintiff's claims against Defendant Houston Independent School District and Plaintiff's claims pursuant to 42 U.S.C. § 1983 against Defendants Joan Raymond, Sylvia Macy, and Barbara Turner are DISMISSED on the merits. It is further

ORDERED and ADJUDGED that Plaintiff's state law claims against Defendants Joan Raymond, Sylvia Macy, and Barbara Turner are DISMISSED without prejudice to Plaintiff's refiling the claims in the appropriate state court. Plaintiff is reminded that the period of limitations for her state claims is tolled for a period of

thirty (30) days after the claims are dismissed unless state law provides for a longer tolling period. 28 U.S.C. § 1367(d).

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas, on this the 2d day of April, 1996.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2