UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 4 1997

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROSA BECERRA, INDIVIDUALLY AND AS NEXT FRIEND OF JUAN DOE, A MINOR, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-94-4222 |
| JERRY ASHER[1], | § § § | |
| Defendant. | § | |



## FINAL JUDGMENT

On the third day of March, 1997, this case was called for trial, and Plaintiff Rosa Becerra, Individually and as next friend of "Juan Doe," a Minor, appeared in person and by counsel; and Defendant Jerry Asher, although notified of this trial setting and of his right to petition for a writ of habeas corpus ad testificandum in order to be present to defend himself, failed so to petition or to appear, and wholly defaulted on the merits of this case.[2] The Court granted Plaintiff's Motion for a Default

---

[1] Jerry Asher is the only defendant remaining in this case. Final Judgment was entered

Judgment against Defendant Asher on Plaintiff's Third Amended Complaint, and proceeded to a hearing on damages.

Plaintiff having demanded and requested a jury for the damage hearing, the Court duly empaneled a jury which, after hearing Plaintiff's uncontested and unopposed damages' evidence, answered Special Questions on damages in favor of Plaintiff, and Plaintiff moved for judgment thereon.  By separate Memorandum and Order signed this day, the Court has considered and ruled on Plaintiff's request for recovery of attorney's fees as a prevailing party under 42 U.S.C. § 1983 and § 1988.  It is therefore

ORDERED and ADJUDGED that Plaintiff Juan Doe, by and through his mother and next friend, Rosa Becerra, shall have and recover of and from Defendant Jerry Asher the sum of $38,000,000, plus attorney's fees in the amount of $25,000.  It is further

ORDERED and ADJUDGED that Plaintiff Rosa Becerra, individually, shall have and recover of and from Defendant Jerry